**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6874

ARTHUR LEE MILLER,

Plaintiff - Appellant,

versus

STAFF, at Columbia Care Center; NFN FISHER,
Security Guard at Columbia Care Center; NFN
SCOTT, Doctor at Columbia Care Center; SUPREME
COURT OF SOUTH CAROLINA; PROBATE COURT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Matthew J. Perry, Jr., Senior
District Judge. (CA-03-725-2-10)

Submitted: February 25, 2004          Decided: March 10, 2004

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lee Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Lee Miller appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Miller v. Staff</u>, No. CA-03-725-2-10 (D.S.C. Apr. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>